Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SB# 110427)

Attorneys for Defendants: City of South Lake Tahoe, South Lake Tahoe Police Department, Scott Heng, Josh Adler, B. Auxier, Shannan Norrgard, Donna Kingman, Jeff Reagan and Brad Williams

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUART MARTIN,<br>            Plaintiff,<br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, a chartered city, SOUTH LAKE TAHOE POLICE DEPARTMENT, a police agency, SCOTT HENG, JOSH ADLER, B. AUXIER, SHANNAN NORRGARD, DONNA KINGMAN, JEFF REAGAN, BRAD WILLIAMS all individually and as an officer of South Lake Tahoe Police Department,<br><br>            Defendants. | Case No. 2:05-cv-02167-FCD-KJM<br><br>**ORDER FOR DEFENDANTS' REQUESTED EXTENSION OF THE LENGTH OF PAGES IN THE MOVING PAPERS RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**"AS MODIFIED"**<br><br><br>COMPLAINT FILED:  10/28/2005<br>TRIAL DATE:        11/06/2007 |

    The request of the Defendants, CITY OF SOUTH LAKE TAHOE, SOUTH LAKE TAHOE POLICE DEPARTMENT, SCOTT HENG, JOSH ADLER, BRANDON AUXIER, SHANNON NORRGARD, DONNA KINGMAN, JEFF REAGAN and BRAD WILLIAMS, for a page extension to prepare the Motion for Summary Judgment or in the Alternative Summary Adjudication is hereby

1

GRANTED IN PART.  In light of this extension, plaintiff shall be allowed a page limit increase for the filing of an opposition.  The reply page limit shall also be increased.

    Defendants' Points and Authorities, to be filed in conjunction with the Motion for Summary Judgment, may be up to 30 pages in length;

    Plaintiff's Points and Authorities in opposition to the motion may be up to 30 pages in length; and

    Defendants' reply may be up to 15 pages in length.

IT IS SO ORDERED.

Dated: May 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE