Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SB# 110427)

Attorneys for Defendants: City of South Lake Tahoe,
South Lake Tahoe Police Department, and Brad Williams

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUART MARTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, a chartered city, SOUTH LAKE TAHOE POLICE DEPARTMENT, a police agency, and BRAD WILLIAMS, individually and as an officer of South Lake Tahoe Police Department,<br><br>　　　　　Defendants. | Case No. 2:05-cv-02167-FCD-KJM<br><br>**ORDER RE PARTICIPATION IN PRIVATE MEDIATION**<br><br><br><br>COMPLAINT FILED: 10/28/2005<br>TRIAL DATE:　　　 11/06/2007 |

**ORDER**

　　Pursuant to the parties stipulation filed September 21, 2007, to participate in Mediation it is hereby ordered as follows:

　　The parties will participate in Mediation on October 17, 2007 using the services of Donald S. Walter.

　　The Settlement Conference currently scheduled with Magistrate Judge Dale A. Drozd on October 4, 2007 is VACATED.

Dated: September 25, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-
ORDER