UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STUART MARTIN,

        Plaintiff(s),

   v.

CITY OF SOUTH LAKE TAHOE, et al.,

        Defendant(s).
_____/

NO. 2:05- cv-2167 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of defendant's counsel, in the above action, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 30, 2007.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE