```
       Law Offices of
     TONON & ASSOCIATES
       Post Office Box 2536
     Truckee, California 96160
         Tel. (530) 587-0333
         Fax. (530) 587-1545
    Gayle K. Tonon, Esq. (SB# 110427)

    Attorneys for Defendants: City of South Lake Tahoe,
    South Lake Tahoe Police Department, and Brad Williams
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUART MARTIN, | Case No. 2:05-cv-02167-FCD-KJM |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| CITY OF SOUTH LAKE TAHOE, a chartered city, SOUTH LAKE TAHOE POLICE DEPARTMENT, a police agency, and BRAD WILLIAMS, individually and as an officer of South Lake Tahoe Police Department, | COMPLAINT FILED:  10/28/2005<br>TRIAL DATE:       11/06/2007 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: November 30, 2007          **LAW OFFICES OF LYLE C. CAVIN, JR.**


                                  By: _/s/Christopher W. Goodroe_____
                                      CHRISTOPHER W. GOODROE, ESQ.
                                      Attorneys for the Plaintiff,
                                      STUART MARTIN

-1-
STIPULATION OF DISMISSAL

```
Dated: November 30, 2007        TONON & ASSOCIATES


                                By:__/s/Gayle K. Tonon_____
                                    GAYLE K. TONON, ESQ.
                                    Attorneys for the Defendants,
                                    BRAD WILLIAMS, CITY OF SOUTH
                                    LAKE TAHOE and SOUTH LAKE TAHOE
                                    POLICE DEPARTMENT


     IT IS SO ORDERED.

DATED: November 30, 2007




                                _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE
```